## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA IRENE BOYKE,** | : | |
| Appellant | : | **CIVIL ACTION NO. 3:14-1440** |
| v. | : | **(JUDGE MANNION)** |
| **MOBILITY DISTRIBUTING INC., et al.,** | : | |
| | : | |
| Appellee | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)**   the instant appeal is **DISMISSED AS MOOT**; and

**(2)**   the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date:  March 17, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1440-01-ORDER.wpd